PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:16-CR-00093-LJO-SKO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| VERONICA ROSALES-CAPITAINE, FRANCISCO JAVIER HIDALGO-FLORES, and LIZET AMAIRANI RAMIREZ-ZAZUETA, | |
| Defendants. | |

Based upon the pleas entered into between United States of America and defendants Veronica Rosales-Capitaine, Francisco Javier Hidalgo-Flores, and Lizet Amairani Ramirez-Zazueta, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 982(a)(6), 981(a)(1)(C), 982(a)(2)(B), 1028(b)(5), and 28 U.S.C. § 2461(c), defendants Veronica Rosales-Capitaine, Francisco Javier Hidalgo-Flores, and Lizet Amairani Ramirez-Zazueta's interests in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   Items seized pursuant to search warrant 1:16-SW-00152-SAB from 921 N. Peach, Apt. 115, Fresno, California:

   a. Galaxy cellular telephone,
   b. Apple iPhone, and

PRELIMINARY ORDER OF FORFEITURE                           1

      c. Miscellaneous documents.

Items seized pursuant to search warrant 1:16-SW-00152-SAB from Silver Nissan Altima:

      d. LG cellular telephone, and
      e. Miscellaneous documents.

Items seized pursuant to search warrant 1:16-SW-00156-SKO from 4730 E. Butler Ave., Apt. 140, Fresno, California:

      f. LG cellular telephone S/N 601CYRN885670,
      g. LG cellular telephone S/N 601CYMR871067,
      h. Epson XP410 printer S/N S5ZP677269,
      i. Dell Inspiron Laptop S/N NM44ZA20,
      j. Two (2) computer peripheral thumb-drives/memory sticks, and
      k. Miscellaneous documents.

2. The above-listed assets constitute property that was used to facilitate or is intended to be used to facilitate, the commission of a violation of 18 U.S.C. § 1028(a)(2) and (f), or is property constituting, derived from, or are the proceeds the defendants obtained directly or indirectly, as the result of a violation of 18 U.S.C § 371.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection in its secure custody and control.

4.   a. Pursuant to 18 U.S.C. §§ 982(b), 1028(b)(5), 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

  b. This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official

PRELIMINARY ORDER OF FORFEITURE      2

government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(6), 981(a)(1)(C), 982(a)(2)(B), 1028(b)(5), and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   **September 29, 2016**             /s/ Lawrence J. O'Neill
                                            UNITED STATES CHIEF DISTRICT JUDGE

PRELIMINARY ORDER OF FORFEITURE                     3