PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>  v.<br><br>VERONICA ROSALES-CAPITAINE,<br>FRANCISCO JAVIER HIDALGO-FLORES, and<br>LIZET AMAIRANI RAMIREZ-ZAZUETA,<br><br>                 Defendants. | No. 1:16-CR-00093-LJO-SKO<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on September 29, 2016, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Veronica Rosales-Capitaine, Francisco Javier Hidalgo-Flores, and Lizet Amairani Ramirez-Zazueta in the following property:

Items seized pursuant to search warrant 1:16-SW-00152-SAB from 921 N. Peach, Apt. 115, Fresno, California:

    a. Galaxy cellular telephone,
    b. Apple iPhone, and
    c. Miscellaneous documents.

///

///

FINAL ORDER OF FORFEITURE    1

Items seized pursuant to search warrant 1:16-SW-00152-SAB from Silver Nissan Altima:

    d. LG cellular telephone, and
    e. Miscellaneous documents.

Items seized pursuant to search warrant 1:16-SW-00156-SKO from 4730 E. Butler Ave., Apt. 140, Fresno, California:

    f. LG cellular telephone S/N 601CYRN885670,
    g. LG cellular telephone S/N 601CYMR871067,
    h. Epson XP410 printer S/N S5ZP677269,
    i. Dell Inspiron Laptop S/N NM44ZA20,
    j. Two (2) computer peripheral thumb-drives/memory sticks, and
    k. Miscellaneous documents.

AND WHEREAS, beginning on September 30, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture is hereby entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 982(a)(6), 981(a)(1)(C), 982(a)(2)(B), 1028(b)(5), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Veronica Rosales-Capitaine, Francisco Javier Hidalgo-Flores, and Lizet Amairani Ramirez-Zazueta.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///

///

///

///

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **March 15, 2017**          _____/s/ Lawrence J. O'Neill_____
                                      UNITED STATES CHIEF DISTRICT JUDGE